### TERRITORY *v.* KIM UNG PIL.

### No. 1352.

RESERVED QUESTIONS FROM CIRCUIT COURT FIRST CIRCUIT. HON. J. J. BANKS, JUDGE.

SUBMITTED NOVEMBER 12, 1921.     DECIDED NOVEMBER 12, 1921.

KEMP AND EDINGS, JJ., AND CIRCUIT JUDGE DEBOLT IN PLACE OF COKE, C. J., ABSENT.

*Per Curiam:* This case comes to this court upon reserved questions from the circuit court of the first judicial

circuit. The defendant was charged by indictment with the crime of robbery in the first degree. He demurred to the indictment upon the grounds (1) that said indictment does not state facts sufficient to constitute any offense against the laws of the Territory of Hawaii; (2) that said indictment is insufficient in that it does not allege that the said assault was made with intent to steal or rob. The demurrer was overruled. When the case came on for trial and after the jury was impaneled and sworn and the first witness for the prosecution was sworn the defendant objected to any and all evidence being admitted upon the same grounds set forth in the demurrer. The circuit judge being of the opinion that the gravity of the questions involved made it advisable to reserve the questions of law raised by said objection for the consideration of this court reserved the following questions: (1) Does the indictment set forth facts sufficient to constitute an offense under the laws of the Territory of Hawaii; (2) Does the indictment sufficiently allege the crime of robbery?

From the foregoing statement it is apparent that the circuit court in overruling the demurrer decided the identical questions now presented to us for answers. The circuit court having already decided the questions now presented this court must decline to answer them.

The reserved questions are returned to the circuit court unanswered with instructions to proceed with the trial.

*W. H. Heen,* City and County Attorney, and *H. E. Stafford,* Second Deputy City and County Attorney, for the Territory.

*R. J. O'Brien* for defendant.